**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **CHAIR:** | **MEMBERS:** | | **DIRECT REPLY TO:** |
| **Karen K. Caldwell** <br> United States District Court <br> Eastern District of Kentucky | **Nathaniel M. Gorton** <br> United States District Court <br> District of Massachusetts | **Matthew F. Kennelly** <br> United States District Court <br> Northern District of Illinois | Tiffaney D. Pete <br> Clerk of the Panel <br> One Columbus Circle, NE <br> Thurgood Marshall Federal <br>   Judiciary Building |
| | **David C. Norton** <br> United States District Court <br> District of South Carolina | **Roger T. Benitez** <br> United States District Court <br> Southern District of California | Room G-255, North Lobby <br> Washington, D.C. 20544-0005 |
| | **Dale A. Kimball** <br> United States District Court <br> District of Utah | **Madeline Cox Arleo** <br> United States District Court <br> District of New Jersey | Telephone: (202) 502-2800 <br> Fax: (202) 502-2888 |

ADVISORY

Counsel appearing for oral argument before the Panel are prohibited from bringing cell phones into the courthouse. Counsel may bring laptop computers into the courthouse.

**Please note:** If cell phones are brought to the courthouse, the Court U.S. Marshals Service assumes no responsibility for damage or loss to the item if left with security.